# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| Leslie Rentas, individually,<br><br>   Plaintiff,<br><br>v.<br><br>MICHAEL MACK, individually; and DRS TRAINING & CONTROL SYSTEMS, LLC, a Florida limited liability company,<br><br>   Defendants. | Case No. 3:21-cv-01395-MCR-HTC<br><br>Judge's Initials: M.C.R.<br>Magistrate Judge's Initials: H.T.C. |

## VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, the Plaintiff, LESLIE RENTAS, and hereby files this notice of voluntary dismissal of this action with prejudice.

Dated this 17th day of June 2022.

                                           LAW OFFICES OF JOHN W. ROBERTS, PLLC

                                           /s/ John W. Roberts
                                           JOHN W. ROBERTS, ESQ.
                                           Florida Bar No. 0108570
                                           DANIEL ROSENHEIM, ESQ.
                                           Florida Bar No. 124829
                                           STEPHEN BARBER, ESQ.
                                           Florida Bar No. 1018463
                                           TRISTAN LANASA, ESQ.
                                           Florida Bar No. 1023201
                                           12273 US Highway 98 West, Suite 204
                                           Miramar Beach, Florida 32550
                                           Tel.:  850.250.0887/Fax:  850.250.2612
                                           john@johnwrobertslaw.com

daniel@johnwrobertslaw.com
stephen@johnwrobertslaw.com
tristan@johnwrobertslaw.com
paralegal:  christina@johnwrobertslaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this 17th day of June 2022, served a copy of the foregoing VOLUNTARY DISMISSAL WITH PREJUDICE upon all parties to this proceeding via the Florida e-filing portal:

**Stephanie L. Adler- Paindiris, Esq.**
**Ronald Charles Dinunzio, Esq.**
Jackson Lewis LLP
adlers@jacksonlewis.com
Charles.dinunzio@jacksonlewis.com
*Counsel for Defendant, DRS Training &*
*Control Systems*

**Jennifer Shoaf Richardson**
Emmanuel, Sheppard & Condon
jrichardson@esclaw.com
frb@esclaw.com
brutledge@esclaw.com
*Counsel for Defendant, Michael Mack*

/s/ John W. Roberts
JOHN W. ROBERTS